1012

[Nos. 68277-6-I; 68278-4-I;  Division One.  February 4, 2013.]
68279-2-I.

*In the Matter of the Dependency of* K.M.L. ET AL.

BRITTAINY LABBERTON, *Appellant*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for King
County, No. 11-7-01614-3, Patricia H. Clark, J., entered
November 28, 2011. *Affirmed* by unpublished opinion per
Dwyer, J., concurred in by Cox and Lau, JJ.

[No. 42794-0-II.  Division Two.  February 5, 2013.]

*In the Matter of the Detention of* RICHARD SLAUTER.

Appeal from a judgment of the Superior Court for Pierce
County, No. 05-2-09700-6, Elizabeth P. Martin, J., entered
November 3, 2011. *Affirmed* by unpublished opinion per
Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and
Bjorgen, J.

[No. 29924-4-III.  Division Three.  February 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK JON CSIZMAZIA,
*Appellant*.

Appeal from a judgment of the Superior Court for Klick-
itat County, No. 11-1-00014-3, Brian P. Altman, J., entered
May 6, 2011. *Affirmed* by unpublished opinion per Korsmo,
C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 30176-1-III.  Division Three.  February 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KIETH W. PARKINS,
*Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 07-1-04236-0, Jerome J. Leveque, J.,
entered July 25, 2011. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Siddoway, A.C.J., and Brown, J.